(47 South. 376.)

No. 17,240.

NEW ORLEANS SCRAP METAL CO. v. INTERSTATE TRUST & BANKING CO. In re NEW ORLEANS SCRAP METAL CO.

(Aug. 17, 1908.)

Action by the New Orleans Scrap Metal Company against the Interstate Trust & Banking Company. Judgment for defendant, affirmed by the Court of Appeal, and plaintiff applies for certiorari or writ of review. Application denied.

Parkerson, Bruenn & Breazeale, for applicant. Howe, Fenner, Spencer & Cocke, for respondent.

NICHOLLS, J. We are not called on to deal with this case under our appellate jurisdiction, but we are asked to act in the premises under our revisory jurisdiction. The application must show something more than an ordinary case of possible or probable error to warrant this court in taking cognizance of it under our revisory jurisdiction. There must be error of some exceptional character. We have so announced repeatedly. If this rule be not enforced, this court will become practically a Court of Appeal. This case presents none of the features requisite to take it out of the class of cases which the Constitution contemplated should be determined finally in the Courts of Appeal.

The application, for this reason, should be, and is hereby refused.